USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE LEGION OF CHRIST, INCORPORATED,
        Plaintiff,           18 **CIVIL** 11246 (JCM)

   -against-              **JUDGMENT**

THE TOWN OF MOUNT PLEASANT, CARL
FULGENZI, SUPERVISOR OF THE TOWN OF
MOUNT PLEASANT, THE ASSESSOR OF THE
TOWN OF MOUNT PLEASANT and THE
BOARD OF ASSESSMENT REVIEW OF THE
TOWN OF MOUNT PLEASANT,
        Defendants.
-----------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 27, 2020, Defendants' motion for summary judgment is granted to the extent that the Court concludes that it lacks subject matter jurisdiction over Plaintiff's federal claims. The Court declines to exercise supplemental jurisdiction over Plaintiffs remaining state law claim; accordingly, the case is closed.

**Dated:** New York, New York
     July 28, 2020

                     **RUBY J. KRAJICK**
                       **Clerk of Court**
           **BY:**
                      **Deputy Clerk**